NELSON E. GRAVES, Respondent, *v.* JAMES C. DAVIS, as Agent of the UNITED STATES RAILROAD ADMINISTRATION, Appellant.

(Submitted April 16, 1923; decided April 24, 1923.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements.   (See 235 N. Y. 315.)

---

JENNIE M. OPPENHEIM, Appellant, *v.* MARTHA KRIDEL, Respondent.

*Appeal — reversal on facts as well as law — motion to dismiss appeal denied.*

Reported below, 204 App. Div. 305.

(Submitted April 16, 1923; decided April 24, 1923.)

MOTION to dismiss an appeal from a judgment, entered February 2, 1923, upon an order of the Appellate Division of the Supreme Court in the first judicial department reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint.

The motion was made upon the ground that the reversal was upon the facts as well as the law and there being a question of fact in the case the Court of Appeals had no power of review.

*Charles A. Brodek* for motion.

*George Gordon Battle* and *Isaac H. Levy* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements.

---

LLEWELLYN M. ALDRICH, Appellant, *v.* NEW YORK LIFE INSURANCE COMPANY, Respondent.

(Submitted April 16, 1923; decided April 24, 1923.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements.   (See 235 N. Y. 214.)